UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:25-cv-00576 |
| | § | |
| JOHN DOE subscriber assigned IP address | § | |
| 98.44.8.118, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.44.8.118, are voluntarily dismissed with prejudice.

Dated: May 27, 2025

Respectfully submitted,

By:  */s/ Paul S. Beik*
    Paul S. Beik
    Beik Law Firm PLLC
    917 Franklin Street, Suite 220
    Houston, Texas 77002
    Tel: (713) 869-6975
    Fax: (713) 583-9169
    paul@beiklaw.com
    www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**